IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| WILMA DEUTSCH, | : | | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 13-3914 |
| v. | : | |
| | : | |
| WELLS FARGO BANK and | : | |
| DOES 1 through 50, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 30th day of October, 2014, upon consideration of Defendant's Motion to Dismiss, (Dkt No. 6), and Plaintiff's Response thereto, (Dkt No. 10), it is hereby ORDERED that Defendant's Motion is GRANTED insofar as Plaintiff's Claims I, III, V as to allegations under 15 U.S.C. § 1681s-2(b), VI, and VII are DISMISSED WITHOUT PREJUDICE granting Plaintiff LEAVE TO AMEND, and Plaintiff's Claims II, IV, and V as to allegations under 15 U.S.C. § 1681s-2(a) are DISMISSED WITH PREJUDICE.

BY THE COURT:

/s/ C. Darnell Jones, II

C. DARNELL JONES II,   J.