IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILMA DEUTSCH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 13-3914 |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 19th day of June, 2015, upon consideration of the Amended Complaint and its attachments, (Dkt No. 16), Defendant's Motion to Dismiss and Memorandum of Law in Support thereof, (Dkt No. 19), and Plaintiff's Response, (Dkt No. 25), it is hereby ORDERED that:

1. Defendant's Motion to Dismiss, (Dkt No. 25), is GRANTED as to Counts I, II, III, IV, and VI and such claims are DISMISSED WITH PREJUDICE;

2. Defendant's Motion to Dismiss. (Dkt No. 25), is GRANTED as to Count V and such claim is DISMISSED WITHOUT PREJUDICE;

3. Plaintiff is GRANTED leave to file a Second Amended Complaint as to Count V only within thirty (30) days from the date of this Order. Failure to file a Second Amendment Complaint by such time will result in that claim being dismissed with prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II    J.