IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| WILMA DEUTSCH, | : | | |
| Plaintiff, | : | CIVIL ACTION | |
| | : | NO. 13-3914 | |
| v. | : | | |
| | : | | |
| WELLS FARGO BANK, N.A., | : | | |
| Defendant. | : | | |

## ORDER

AND NOW, this 18th day of December, 2015, upon consideration of Plaintiff's Second Amended Complaint, (Dkt No. 28), Defendant's Motion to Dismiss, (Dkt No. 32), and Plaintiff's Response thereto, (Dkt No. 36), and Defendant's Reply, (Dkt No. 37-2), it is hereby ORDERED that:

1. Defendant's Motion is GRANTED;

2. Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE;

3. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

FURTHER, upon consideration of Defendant's Motion to File a Reply, (Dkt No. 37), it is hereby ORDERED that said Motion is DENIED AS MOOT.

BY THE COURT:

/s/ C. Darnell Jones, II

_____
C. Darnell Jones, II    J.